B 3A (Official Form 3A) (12/07) - Cont.

# UNITED STATES BANKRUPTCY COURT

In re  Roslyn Rodell                            ,                Case No.  13 B 44547
          Debtor

                                Chapter  7

## ORDER APPROVING PAYMENT OF FILING FEE IN INSTALLMENTS

☐    IT IS ORDERED that the debtor(s) may pay the filing fee in installments on the terms proposed in the foregoing application.

☐    IT IS ORDERED that the debtor(s) shall pay the filing fee according to the following terms:

$  76.50          Check one  ☐  With the filing of the petition, or
                                ☐  On or before December 13, 2013

$  76.50          on or before  January 14, 2014

$  76.50          on or before  February 14, 2014

$  76.50          on or before  March 14, 2014

☐    IT IS FURTHER ORDERED that until the filing fee is paid in full the debtor(s) shall not make any additional payment or transfer any additional property to an attorney or any other person for services in connection with this case.

BY THE COURT

Date:  November 25, 2013

_[signature]_
United States Bankruptcy Judge